BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 1:11-cr-00113 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER |
| v. | |
| ANDY YUNG KWONG CHAN, ET AL., | DATE: July 25, 2011 |
| Defendants. | TIME: 1:30 P.M.<br>PLACE: Courtroom Three<br>Honorable Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that the current status conference set for June 20, 2011, at 1:30 p.m., be continued to July 25, 2011, at 1:30 p.m. before the Honorable Oliver W. Wanger, United States District Court Judge.

The parties further stipulate and agree that the time between June 20, 2011 and July 25, 2011 be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(B)(iv).  Specifically,

1

1 discovery is not complete in this matter and additional reports
2 are forthcoming that need to be provided to the defense.  The
3 parties stipulate and agree that the ends of justice served by
4 granting this continuance outweigh the best interests of the
5 public and the defendant in a speedy trial.  18 U.S.C. §§
6 3161(h)(7)(A).

DATED: June 6, 2011                     BENJAMIN B. WAGNER
                                        United States Attorney


                                        By /s/Laurel J. Montoya
                                           LAUREL J. MONTOYA
                                        Assistant U.S. Attorney


DATED: June 6, 2011                     /S/ Alonzo J. Gradford
                                        ALONZO J. GRADFORD
                                        Attorney for Defendant
                                        Andy Yung Kwong Chan


DATED: June 6, 2011                     /s/ Seth P. Chazin
                                        SETH P. CHAZIN
                                        Attorney for Defendant
                                        John Zhong Xian Huang


DATED: June 6, 2011                     /s/ George Siddell
                                        GEORGE SIDDELL
                                        Attorney for Defendant
                                        Chiu Chuen Lau


DATED: June 6, 2011                     /s/ Doron Weinberg
                                        DORON WEINBERG
                                        Attorney for Defendant
                                        Tony Chao Fan Luo


DATED: June 6, 2011                     /s/ Kirk McAllister
                                        KIRK MCALLISTER
                                        Attorney for Defendant
                                        Michael Chau

///
///
///

2

| | |
|---|---|
| DATED: June 6, 2011 | /s/ Harris B. Taback<br>HARRIS B. TABACK<br>Attorney for Defendant<br>Yao Ming Yu |

**ORDER**

IT IS HEREBY ORDERED, that the Status Conference hearing of June 20, 2011 at 1:30 p.m. be continued to July 25, 2011 at 1:30 p.m.  Time shall be excluded to and through that date.  For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the ends of justice outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

| | |
|---|---|
| **Dated:   June 6, 2011** | /s/ Oliver W. Wanger<br>UNITED STATES DISTRICT JUDGE |