BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-cr-00113 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER |
| v. | |
| ANDY YUNG KWONG CHAN, ET AL., | DATE: September 19, 2011 |
| Defendants. | TIME: 1:30 P.M. |
| | PLACE: Courtroom Three |
| | Honorable Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that the current status conference set for July 25, 2011, at 1:30 p.m., be continued to September 19, 2011, at 1:30 p.m. before the Honorable Oliver W. Wanger, United States District Court Judge.

The parties further stipulate and agree that the time between July 25, 2011, and September 19, 2011 be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(B)(iv).

1

1  Specifically, additional reports are forthcoming that need to be
2  provided to the defense.  Additionally, the parties need time to
3  review the discovery so offers can be formulated and evaluated.
4  The parties stipulate and agree that the ends of justice served by
5  granting this continuance outweigh the best interests of the
6  public and the defendant in a speedy trial.  18 U.S.C. §§
7  3161(h)(7)(A).

8  DATED: July 20, 2011           BENJAMIN B. WAGNER
                                   United States Attorney
9
10                                 By /s/Laurel J. Montoya
                                      LAUREL J. MONTOYA
11                                 Assistant U.S. Attorney

12

13 DATED: July 20, 2011           /S/ Alonzo J. Gradford
                                   ALONZO J. GRADFORD
14                                 Attorney for Defendant
                                   Andy Yung Kwong Chan
15

16 DATED: July 20, 2011           /s/ Seth P. Chazin
                                   SETH P. CHAZIN
17                                 Attorney for Defendant
                                   John Zhong Xian Huang
18

19 DATED: July 20, 2011           /s/ George Siddell
                                   GEORGE SIDDELL
20                                 Attorney for Defendant
                                   Chiu Chuen Lau
21

22 DATED: July 20, 2011           /s/ Doron Weinberg
                                   DORON WEINBERG
23                                 Attorney for Defendant
                                   Tony Chao Fan Luo
24

25 DATED: July 20, 2011           /s/ Kirk McAllister
                                   KIRK MCALLISTER
26                                 Attorney for Defendant
                                   Michael Chau
27 ///
28 ///

```
DATED: July 20, 2011                /s/ Harris B. Taback
                                    HARRIS B. TABACK
                                    Attorney for Defendant
                                    Yao Ming Yu
```

### **ORDER**

IT IS HEREBY ORDERED, that the Status Conference hearing of July 25, 2011 at 1:30 p.m. be continued to September 19, 2011 at 1:30 p.m.  Time shall be excluded to and through that date.  For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the ends of justice outweigh the interests of the public and the defendant in a speedy trial.

It is so Ordered...

```
DATED: July 20, 2011                _/s/ OLIVER W. WANGER
                                     HON. OLIVER W. WANGER
                                    U.S. District Court Judge
```

3