BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-cr-00113 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER |
| v. | |
| ANDY YUNG KWONG CHAN, ET AL., | DATE: November 7, 2011 |
| Defendants. | TIME: 1:30 P.M.<br>PLACE: Courtroom Three<br>Honorable Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that the current status conference set for September 19, 2011, at 1:30 p.m., be continued to November 7, 2011, at 1:30 p.m. before the Honorable Oliver W. Wanger, United States District Court Judge.

The parties further stipulate and agree that the time between September 19, 2011, and  November 7, 2011 be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(B)(iv).

1

1  Specifically, additional reports are forthcoming that need to be
2  provided to the defense.  Additionally, the parties need time to
3  review the discovery so offers can be formulated and evaluated.
4  The parties stipulate and agree that the ends of justice served by
5  granting this continuance outweigh the best interests of the
6  public and the defendant in a speedy trial.  18 U.S.C. §§
7  3161(h)(7)(A).

DATED: September 14, 2011          BENJAMIN B. WAGNER
                                   United States Attorney

                                   By /s/Laurel J. Montoya
                                      LAUREL J. MONTOYA
                                   Assistant U.S. Attorney


DATED: September 14, 2011          /S/ Alonzo J. Gradford
                                   ALONZO J. GRADFORD
                                   Attorney for Defendant
                                   Andy Yung Kwong Chan


DATED: September 14, 2011          /s/ Seth P. Chazin
                                   SETH P. CHAZIN
                                   Attorney for Defendant
                                   John Zhong Xian Huang


DATED: September 14, 2011          /s/ George Siddell
                                   GEORGE SIDDELL
                                   Attorney for Defendant
                                   Chiu Chuen Lau


DATED: September 14, 2011          /s/ Doron Weinberg
                                   DORON WEINBERG
                                   Attorney for Defendant
                                   Tony Chao Fan Luo


DATED: September 14, 2011          /s/ Kirk McAllister
                                   KIRK MCALLISTER
                                   Attorney for Defendant
                                   Michael Chau

///
///

```
DATED: September 14, 2011          /s/ Harris B. Taback
                                   HARRIS B. TABACK
                                   Attorney for Defendant
                                   Yao Ming Yu
```

**[ORDER]**

IT IS HEREBY ORDERED, that the Status Conference hearing of September 19, 2011 at 1:30 p.m. be continued to November 7, 2011 at 1:30 p.m.  Time shall be excluded to and through that date. For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the ends of justice outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   September 15, 2011**            **/s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE

3