LAW OFFICES OF ALONZO GRADFORD
426 14th Street, Ste. 210
Modesto, California 95354
209/408-0342 (office); 209/408-0797 (fax)

Attorneys for Defendant ANDY CHAN

FILED
SEP 15 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ANDY CHAN, at al.<br><br>Defendant. | Case No. 1:11 CR 00113<br><br>**MOTION FOR RELEASE AND PHOTOCOPY OF PASSPORT AND [PROPOSED] ORDER** |

COMES NOW Defendant ANDY CHAN, and requests the court release Defendant's passport to the court clerk for reasons of making a photocopy.

Defendant Chan was recently informed by family members that he had an ownership interest in property located in his home country of China. A copy of Defendant Chan's passport is required to satisfy the process of relinquishing his ownership interest in said property.

### ECT ATTESTATION

I, Alonzo Gradford, attest that concurrence in e-filing this has been made in compliance with the rules.

Dated: 9/7/11

ALONZO GRADFORD

### [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, the Court hereby orders that:

1. Defendant, Andy Chan's, passport be released to the court clerk for purposes of the court clerk making a photocopy.

2. The photocopy of Defendant Chan's passport shall be provided to Defendant's attorney Alonzo Gradford.

IT IS SO ORDERED.

Dated: 9-15-11