1  LAW OFFICES OF ALONZO GRADFORD
   426 14th Street, Ste. 210
2  Modesto, California 95354
   209/408-0342 (office); 209/408-0797 (fax)
3

4  Attorneys for Defendant ANDY CHAN

FILED

SEP 15 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

UNITED STATES OF AMERICA

vs.

ANDY CHAN, at al.

Defendant.

Case No. 1:11 CR 00113

**MOTION FOR RELEASE AND PHOTOCOPY OF PASSPORT AND [PROPOSED] ORDER**

COMES NOW Defendant ANDY CHAN, and requests the court release Defendant's passport to the court clerk for reasons of making a photocopy.

Defendant Chan was recently informed by family members that he had an ownership interest in property located in his home country of China. A copy of Defendant Chan's passport is required to satisfy the process of relinquishing his ownership interest in said property.

**ECT ATTESTATION**

I, Alonzo Gradford, attest that concurrence in e-filing this has been made in compliance with the rules.

Dated: 9/7/11

ALONZO GRADFORD

## [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, the Court hereby orders that:

1. Defendant, Andy Chan's, passport be released to the court clerk for purposes of the court clerk making a photocopy.

2. The photocopy of Defendant Chan's passport shall be provided to Defendant's attorney Alonzo Gradford.

IT IS SO ORDERED.

Dated: 9-15-11