BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDY YUNG KWONG CHAN, ET AL.,<br><br>  Defendants. | CASE NO. 1:11-CR-00113 AWI<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE<br><br><br>DATE: January 23, 2012<br>TIME: 9:00 A.M.<br>PLACE: Courtroom Two<br>Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that the current status conference set for November 7, 2011, 2011, at 1:30 p.m., be continued to January 23, 2012, at 9:00 a.m. before the Honorable Anthony W. Ishii, United States District Court Judge.

The parties further stipulate and agree that the time between November 7, 2011, and January 23, 2012 be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(B)(iv).

1

Specifically, plea offers have been provided and plea negotiations are ongoing.  Additionally, the parties need time to review any additional discovery that is outstanding so offers can be evaluated.  The parties stipulate and agree that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A).

| | |
|---|---|
| DATED: November 3, 2011 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By /s/Laurel J. Montoya<br>LAUREL J. MONTOYA<br>Assistant U.S. Attorney |
| DATED: November 3, 2011 | /S/ Alonzo J. Gradford<br>ALONZO J. GRADFORD<br>Attorney for Defendant<br>Andy Yung Kwong Chan |
| DATED: November 3, 2011 | /s/ Seth P. Chazin<br>SETH P. CHAZIN<br>Attorney for Defendant<br>John Zhong Xian Huang |
| DATED: November 3, 2011 | /s/ George Siddell<br>GEORGE SIDDELL<br>Attorney for Defendant<br>Chiu Chuen Lau |
| DATED: November 3, 2011 | /s/ Doron Weinberg<br>DORON WEINBERG<br>Attorney for Defendant<br>Tony Chao Fan Luo |
| DATED: November 3, 2011 | /s/ Kirk McAllister<br>KIRK MCALLISTER<br>Attorney for Defendant<br>Michael Chau |

///

///

```
DATED: November 3, 2011          /s/ Harris B. Taback
                                 HARRIS B. TABACK
                                 Attorney for Defendant
                                 Yao Ming Yu
```

**ORDER**

IT IS HEREBY ORDERED, that the Status Conference hearing of November 7, 2011 at 1:30 p.m. be continued to January 23, 2012 at 9:00 a.m. Time shall be excluded to and through that date. For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the ends of justice outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:    November 3, 2011   
                                  CHIEF UNITED STATES DISTRICT JUDGE