BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-cr-00113 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER |
| v. | ) | |
| ANDY YUNG KWONG CHAN, ET AL., | ) | DATE: May 21, 2012 |
| Defendants. | ) | TIME: 1:30 P.M.<br>PLACE: Courtroom Two<br>Honorable Anthony W. Ishii |

　　　　IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that the current status conference set for March 26, 2012, at 1:30 p.m., be continued to May 21, 2012, at 1:30 p.m., before the Honorable Anthony W. Ishii, United States District Court Judge.

　　　　The parties further stipulate and agree that the time between March 26, 2012, and May 21, 2012 be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(B)(iv).  Specifically, plea

1

1 offers have been provided and plea negotiations continue to be
2 ongoing.  Additionally, counsel for defendant Huang just completed
3 a four week trial which was particularly time consuming.  The time
4 dedicated to the trial  preparation and the trial itself prevented
5 adequate preparation for the matter before this court.  Further,
6 counsel recently, March 21, 2012, expressed concern that perhaps
7 all discovery had not been provided.  While the government
8 believes that all discovery has been provided, the government
9 needs additional time to address this with the parties.  The
10 parties are requesting an afternoon setting because defense
11 counsel are traveling from San Diego, Modesto, and the Bay Area.
12 The parties stipulate and agree that the ends of justice served by
13 granting this continuance outweigh the best interests of the
14 public and the defendant in a speedy trial.  18 U.S.C. §§
15 3161(h)(7)(A).

```
DATED: March 22, 2012            BENJAMIN B. WAGNER
                                 United States Attorney


                                 By /s/Laurel J. Montoya
                                    LAUREL J. MONTOYA
                                 Assistant U.S. Attorney


DATED: March 22, 2012            /S/ Alonzo J. Gradford
                                 ALONZO J. GRADFORD
                                 Attorney for Defendant
                                 Andy Yung Kwong Chan


DATED: March 22, 2012            /s/ Seth P. Chazin
                                 SETH P. CHAZIN
                                 Attorney for Defendant
                                 John Zhong Xian Huang
```
26 //
27 //
28 //

```
DATED: March 22, 2012            /s/ George Siddell
                                 GEORGE SIDDELL
                                 Attorney for Defendant
                                 Chiu Chuen Lau

DATED: March 22, 2012            /s/ Doron Weinberg
                                 DORON WEINBERG
                                 Attorney for Defendant
                                 Tony Chao Fan Luo

DATED: March 22, 2012            /s/ Kirk McAllister
                                 KIRK MCALLISTER
                                 Attorney for Defendant
                                 Michael Chau

DATED: March 22, 2012            /s/ Harris B. Taback
                                 HARRIS B. TABACK
                                 Attorney for Defendant
                                 Yao Ming Yu
```

**ORDER**

IT IS HEREBY ORDERED, that the Status Conference hearing of March 26, 2012, at 1:30 P.M. be continued to May 21, 2012, at 1:30 P.M. Time shall be excluded to and through that date. For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the ends of justice outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:     March 22, 2012                 _____
                                          CHIEF UNITED STATES DISTRICT JUDGE