```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10  UNITED STATES OF AMERICA,      )   CASE NO. 1:11-cr-00113 AWI
                                   )
11           Plaintiff,             )   STIPULATION TO CONTINUE STATUS
                                   )   CONFERENCE AND ORDER
12       v.                        )
                                   )
13  ANDY YUNG KWONG CHAN, ET AL.,  )
                                   )   DATE: June 18, 2012
14           Defendants.            )   TIME: 1:30 P.M.
                                   )   PLACE: Courtroom Two
15                                  )   Honorable Anthony W. Ishii
    _____ )
16
```

17      IT IS HEREBY STIPULATED by and between the parties through
18 their respective counsel, that the current status conference set
19 for May 21, 2012, at 1:30 p.m., be continued to June 18, 2012, at
20 1:30 p.m., before the Honorable Anthony W. Ishii, United States
21 District Court Judge.

22      The parties further stipulate and agree that the time between
23 May 21, 2012, and June 18, 2012 be excluded from the calculation
24 of time under the Speedy Trial Act.  The parties stipulate that
25 the ends of justice are served by the Court excluding such time,
26 so that counsel for the defendant may have time necessary for
27 effective preparation, taking into account the exercise of due
28 diligence.  18 U.S.C. §§ 3161(h)(7)(B)(iv).  Specifically, revised

1

plea offers have been recently provided and plea negotiations continue to be ongoing.  The parties are requesting an afternoon setting because defense counsel are traveling from San Diego, Modesto, and the Bay Area.  The parties stipulate and agree that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A).

DATED: May 17, 2012                BENJAMIN B. WAGNER
                                   United States Attorney

                                   By /s/Laurel J. Montoya
                                      LAUREL J. MONTOYA
                                   Assistant U.S. Attorney


DATED: May 17, 2012                /S/ Alonzo J. Gradford
                                   ALONZO J. GRADFORD
                                   Attorney for Defendant
                                   Andy Yung Kwong Chan

DATED: May 17, 2012                /s/ Seth P. Chazin
                                   SETH P. CHAZIN
                                   Attorney for Defendant
                                   John Zhong Xian Huang

DATED: May 17, 2012                /s/ George Siddell
                                   GEORGE SIDDELL
                                   Attorney for Defendant
                                   Chiu Chuen Lau

DATED: May 17, 2012                /s/ Doron Weinberg
                                   DORON WEINBERG
                                   Attorney for Defendant
                                   Tony Chao Fan Luo

DATED: May 17, 2012                /s/ Kirk McAllister
                                   KIRK MCALLISTER
                                   Attorney for Defendant
                                   Michael Chau

//

//

2

DATED: May 17, 2012                    /s/ Harris B. Taback
                                       HARRIS B. TABACK
                                       Attorney for Defendant
                                       Yao Ming Yu

**ORDER**

IT IS HEREBY ORDERED, that the Status Conference hearing of May 21, 2012, at 1:30 P.M. be continued to June 18, 2012, at 1:30 P.M. Time shall be excluded to and through that date. For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the ends of justice outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:    May 18, 2012                 _____
                                       CHIEF UNITED STATES DISTRICT JUDGE