1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California  93721
   Telephone:  (559) 497-4000
5

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,       )   CASE NO. 1:11-cr-00113 AWI
                                   )
11           Plaintiff,            )   STIPULATION TO CONTINUE STATUS
                                   )   CONFERENCE AND ORDER
12      v.                         )
                                   )
13 ANDY YUNG KWONG CHAN, ET AL.,   )
                                   )   DATE: July 16, 2012
14           Defendants.           )   TIME: 1:30 P.M.
                                   )   PLACE: Courtroom Two
15                                 )   Honorable Anthony W. Ishii
   _____ )
16

17      IT IS HEREBY STIPULATED by and between the parties through

18 their respective counsel, that the current status conference set

19 for June 18, 2012, at 1:30 p.m., be continued to July 16, 2012, at

20 1:30 p.m., before the Honorable Anthony W. Ishii, United States

21 District Court Judge.

22      The parties further stipulate and agree that the time between

23 June 18, 2012, and July 16, 2012 be excluded from the calculation

24 of time under the Speedy Trial Act.  The parties stipulate that

25 the ends of justice are served by the Court excluding such time,

26 so that counsel for the defendant may have time necessary for

27 effective preparation, taking into account the exercise of due

28 diligence.  18 U.S.C. §§ 3161(h)(7)(B)(iv).  Specifically, the

                                  1

1 parties continue to be actively involved in plea negotiations that
2 will likely result in the settlement of one or more of the
3 defendants.  Several of the defendants have within the last week
4 requested plea agreements to consider based on the ongoing
5 negotiations and additional time is needed for preparation and
6 consideration.
7      The parties are requesting an afternoon setting because
8 defense counsel are traveling from San Diego, Modesto, and the Bay
9 Area.  The parties stipulate and agree that the ends of justice
10 served by granting this continuance outweigh the best interests of
11 the public and the defendant in a speedy trial.  18 U.S.C. §§
12 3161(h)(7)(A).

13 DATED: June 14, 2012                BENJAMIN B. WAGNER
                                        United States Attorney
14
15                                      By /s/Laurel J. Montoya
                                           LAUREL J. MONTOYA
16                                      Assistant U.S. Attorney
17
18 DATED: June 14, 2012                /S/ Alonzo J. Gradford
                                        ALONZO J. GRADFORD
19                                      Attorney for Defendant
                                        Andy Yung Kwong Chan
20
21 DATED: June 14, 2012                /s/ Seth P. Chazin
                                        SETH P. CHAZIN
22                                      Attorney for Defendant
                                        John Zhong Xian Huang
23
24 DATED: June 14, 2012                /s/ George Siddell
                                        GEORGE SIDDELL
25                                      Attorney for Defendant
                                        Chiu Chuen Lau
26 //
27 //
28 //

2

| | | |
|---|---|---|
| 1 | DATED: June 14, 2012 | /s/ Doron Weinberg |
| 2 | | DORON WEINBERG |
| | | Attorney for Defendant |
| 3 | | Tony Chao Fan Luo |
| 4 | DATED: June 14, 2012 | /s/ Kirk McAllister |
| | | KIRK MCALLISTER |
| 5 | | Attorney for Defendant |
| 6 | | Michael Chau |
| 7 | DATED: May 17, 2012 | /s/ Harris B. Taback |
| | | HARRIS B. TABACK |
| 8 | | Attorney for Defendant |
| | | Yao Ming Yu |

**ORDER**

IT IS HEREBY ORDERED, that the Status Conference hearing of June 18, 2012, at 1:30 P.M. be continued to July 16, 2012, at 1:30 P.M.  Time shall be excluded to and through that date. For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the ends of justice outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:     June 15, 2012                         _____
                                    CHIEF UNITED STATES DISTRICT JUDGE

3