BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDY YUNG KWONG CHAN, ET AL.<br><br>Defendants, | CASE NO. 1:11-cr-00113 AWI<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 4, 2013 at 1:30 p.m.

2. By this stipulation, defendants now move to continue the status conference until January 27, 2014 at 1:30 p.m. and to exclude time between November 4, 2013 and January 27, 2014, under 18 U.S.C.§ 3161(h)(7)(A), B(iv).  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the discovery associated with this case includes approximately 508 pages of investigative reports and related documents in electronic form as well as approximately 25 CDs of interviews, photographs and video recordings.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

Chan, et al. Stipulation and Proposed Order

1

b. Offers have been conveyed, counteroffers have been made, and plea agreements have been prepared as to several of the defendants that the parties felt were reasonably likely to result in the resolution. New and different offers for settlement are being considered and are in the approval process.

c. Counsel for defendants need additional time for investigation and preparation. Counsel for defendants are continuing to investigate the matter, evaluate offers and the potential immigration consequences of a plea. Negotiations are ongoing. Counsel for defendants believe that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation and resolution, taking into account the exercise of due diligence. The parties continue to work toward either resolving the matter or setting a trial date should a resolution of the matter not be reached.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 4, 2013 to January 27, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants interest in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: October 31, 2013            /s/ Laurel J. Montoya
                                   LAUREL J. MONTOYA
                                   Assistant United States Attorney

///

1  DATED:  October 31, 2013         /s/ Alonzo J. Gradford
                                    ALONZO J. GRADFORD
2                                   Attorney for Defendant Andy Yung Kwong Chan

3  DATED: October 31, 2013          /s/ Seth P. Chazin
                                    SETH P. CHAZIN
4                                   Attorney for Defendant John Zhong Xian Huang

5  DATED: October 31, 2013          /s/ George Siddell
                                    GEORGE SIDDELL
6                                   Attorney for Defendant Chiu Chuen Lau

7  DATED:  October 31, 2013         /s/ Doron Weinberg
                                    DORON WEINBERG
8                                   Attorney for Defendant Tony Chao Fan Luo

9  DATED:  October 31, 2013         /s/ Kirk McAllister
                                    KIRK MCALLISTER
10                                  Attorney for Defendant Michael Chau

11 DATED: October 31, 2013          /s/ Harris B. Taback
                                    HARRIS B. TABACK
12                                  Attorney for Defendant Yao Ming Yu

                                    O R D E R

IT IS SO ORDERED.

Dated:   October 31, 2013           _____
                                    SENIOR  DISTRICT  JUDGE