BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-cr-00113 AWI |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ANDY YUNG KWONG CHAN, ET AL. | |
| Defendants, | |

   Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

   1.   By previous order, this matter was set for status on January 27, 2014 at 1:30 p.m.

   2.   By this stipulation, defendants now move to continue the status conference until April 28, 2014 at 1:30 p.m. and to exclude time between January 27, 2014 and April 28, 2014, under 18 U.S.C.§ 3161(h)(7)(A), B(iv).  Plaintiff does not oppose this request.

   3.   The parties agree and stipulate, and request that the Court find the following:

      a.   The government has represented that the discovery associated with this case includes approximately 508 pages of investigative reports and related documents in electronic form as well as approximately 25 CDs of interviews, photographs and video recordings.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

Chan, et al. Stipulation and Proposed Order

1

b. Offers have been conveyed, counteroffers have been made, and plea agreements have been prepared as to several of the defendants that the parties felt were reasonably likely to result in the resolution. New and different offers for settlement were conveyed January 23, 2014 and additional time is needed for defense review and preparation of the necessary documents if accepted.

c. Counsel for defendants need additional time for investigation and preparation. Counsel for defendants are continuing to investigate the matter, evaluate offers and the potential immigration consequences of a plea. Negotiations are ongoing. Counsel for defendants believe that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation and resolution, taking into account the exercise of due diligence. The parties continue to work toward either resolving the matter or setting a trial date should a resolution of the matter not be reached.

d. The parties understand that pleas will be entered or the matter will be set for trial at the next status conference.

e. The government does not object to the continuance.

f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 27, 2014 to april 28, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants interest in a speedy trial.

///

///

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: January 23, 2014        /s/ Laurel J. Montoya
                                LAUREL J. MONTOYA
                                Assistant United States Attorney

DATED: January 23, 2014        /s/ Alonzo J. Gradford
                                ALONZO J. GRADFORD
                                Attorney for Defendant Andy Yung Kwong Chan

DATED: January 23, 2014        /s/ Seth P. Chazin
                                SETH P. CHAZIN
                                Attorney for Defendant John Zhong Xian Huang

DATED: January 23, 2014        /s/ George Siddell
                                GEORGE SIDDELL
                                Attorney for Defendant Chiu Chuen Lau

DATED: January 23, 2014        /s/ Doron Weinberg
                                DORON WEINBERG
                                Attorney for Defendant Tony Chao Fan Luo

DATED: January 23, 2014        /s/ Kirk McAllister
                                KIRK MCALLISTER
                                Attorney for Defendant Michael Chau

DATED: January 23, 2014        /s/ Harris B. Taback
                                HARRIS B. TABACK
                                Attorney for Defendant Yao Ming Yu

O R D E R

IT IS SO ORDERED.

Dated:   January 23, 2014                    _____
                                             SENIOR DISTRICT JUDGE

Chan, et al. Stipulation and Proposed Order

3