ROBERT W. LYONS (45548)

LAW OFFICES OF ROBERT W. LYONS
295 W. Winton Avenue
Hayward, CA 94544
Telephone (510) 782-5151
Facsimile (510) 782-3519

Attorney for Defendant
Andy Yung Kwong Chan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-cr-00113-AWI |
| Plaintiff, | **STIPULATION AND ORDER TO VACATE CURRENT DATES,** |
| vs. | **SET STATUS CONFERENCE** |
| ANDY YUNG KWONG CHAN, | |
| Defendant. | |

The parties by and through their counsel of record, hereby stipulate to the following: The parties have jointly agreed that the current trial confirmation/motions in limine hearing currently set for March 2, 2015 at 1:30 p.m., along with the trial date of March 17, 2015 and current briefing schedule that pertains thereto, be vacated and a status conference date be set for March 16, 2015 at 1:30 p.m. The reason for this continuance is that defense counsel Robert W. Lyons just recently entered appearance as attorney of record in this matter. Mr. Lyons has not yet received the discovery for Mr. Chan from the previous attorney, Alonzo Gradford and therefore is unfamiliar with the facts and evidence in this case. Mr. Lyons requires that the current dates be vacated and a status conference be scheduled to allow him time to receive the file from the previous attorney and review it to make any determination of what is appropriate and how to proceed for Mr. Chan. Mr. Lyons has contacted all other pertinent counsel in this matter and all parties agree to set a status conference date for March 16, 2015 at 1:30 p.m. and

vacate all other dates, including the trial confirmation/motions in limine, the motions briefing schedule, and the jury trial.

For the above reasons, the parties respectfully request a continuance of the matter to set a status conference to March 16, 2015.

Date:  January 8, 2015

      /s/Robert W. Lyons
Robert W. Lyons
Attorney for Andy Chan

Date:  January 8, 2015

      /s/Laurel J. Montoya
Laurel J. Montoya
Assistant United States Attorney

Date:  January 8, 2015

      /s/Seth P. Chazin
Seth P. Chazin
Attorney for John Huang

Date:  January 8, 2015

      /s/Kirk McAllister
Kirk McAllister
Attorney for Michael Chau

Date:  January 8, 2015

      /s/Harris B. Taback
Harris B. Taback
Attorney for Yao Yu

IT IS SO ORDERED.

Dated:  January 8, 2015

SENIOR DISTRICT JUDGE