1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              CASE NO.  1:11-CR-00113-AWI-BAM

12                      Plaintiff,         STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13              v.                         FINDINGS AND ORDER

14  ANDY CHAN, ET AL.,                     DATE: April 11, 2016
                                           TIME: 1:30 p.m.
15                      Defendants.        COURT: Hon. Anthony W. Ishii

16

17                            **STIPULATION**

18      1.      By previous order, this matter was set for status on January 25, 2016.

19      2.      By this stipulation, defendants now move to continue the status conference until April 11,

20  2016, and to exclude time between January 25, 2016, and April 11, 2016, under 18 U.S.C. § 3161.

21      3.      The parties agree and stipulate, and request that the Court find the following:

22              a)      The government located and provided discovery to new attorney Robert Lyons

23  that was missing from what provided by previous counsel for defendant Andy Chan.

24              b)      Additional time is needed to review the recently provided discovery as it relates to

25  the previously scheduled pretrial motion to suppress evidence.

26              c)      Additional time is needed for filing of pretrial motions, the filing of which would

27  result in an exclusion of time while said motion is pending.

28              d)      Counsel for defendants believe that failure to grant the above-requested

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED]              1
FINDINGS AND ORDER

1    continuance would deny counsel the reasonable time necessary for effective preparation, taking

2    into account the exercise of due diligence.

3             e)       The government does not object to the continuance.

4             f)       Based on the above-stated findings, the ends of justice served by continuing the

5    case as requested outweigh the interest of the public and the defendant in a trial within the

6    original date prescribed by the Speedy Trial Act.

7             g)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

8    et seq., within which trial must commence, the time period of January 25, 2016 to April 11,

9    2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D), (7)(A), and (B)(iv)

10   because it results from a continuance granted by the Court at defendants' request on the basis of

11   the Court's finding that the ends of justice served by taking such action outweigh the best interest

12   of the public and the defendant in a speedy trial.

13   4.       A briefing schedule will be filed with the court once the parties meet and confer.

14   5.       Nothing in this stipulation and order shall preclude a finding that other provisions of the

15   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

16   must commence.

17            IT IS SO STIPULATED.

18
19   Dated:  January 15, 2016                          BENJAMIN B. WAGNER
                                                        United States Attorney
20
21                                                      /s/ LAUREL J. MONTOYA
                                                        LAUREL J. MONTOYA
22                                                      Assistant United States Attorney

23

24

25   Dated:  January 15, 2016                          /s/ Robert W. Lyons
                                                        ROBERT W. LYONS
26                                                      Counsel for Defendant
                                                        Andy Chan
27

28   ///

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED]         2
FINDINGS AND ORDER

Dated:  January 15, 2016

/s/ Seth Chazin
SETH P. CHAZIN
Counsel for Defendant
John Xiong Huang

Dated:  January 15, 2016

/s/ Harris B. Tabak
HARRIS B. TABAK
Counsel for Defendant
Yao Ming Yu

Dated:  January 15, 2016

/s/ Kirk McAllister
KIRK MCALLISTER
Counsel for Defendant
Michael Chau

## FINDINGS AND ORDER

IT IS SO ORDERED.

Dated:   January 16, 2016

_____
SENIOR  DISTRICT  JUDGE

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED]
FINDINGS AND ORDER

3