ROBERT W. LYONS (45548)

LAW OFFICES OF ROBERT W. LYONS
295 W. Winton Avenue
Hayward, CA 94544
Telephone (510) 782-5151
Facsimile (510) 782-3519

Attorney for Defendant
Andy Yung Kwong Chan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ANDY YUNG KWONG CHAN, et al.<br><br>　　　　　Defendant. | Case No.: 1:11-cr-00113-AWI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING** |

　　　　The parties by and through their counsel of record, hereby stipulate to the following:  The parties have jointly agreed that the current status hearing set by Magistrate McAuillife on August 31, 2016 for Monday, September 26 at 1:00 p.m. be continued to October 11, 2106 at 1:00 p.m.  The reason for this continuance is that defense counsel Robert W. Lyons and Harris Taback, attorneys for Chan and Yu are both on vacation and did not have an opportunity in advance for input on the status hearing date set by Magistrate McAuliffe.  Mr. Lyons returns from Europe on September 30.   Attorney Harris Taback stipulates to the continuance, however he notes that he will require another attorney to appear on his behalf as he has a court appearance scheduled in the United States District Court, Northern District of California, San Francisco Division before Judge Seeborg.

For the above reasons, the parties respectfully request a continuance of the matter to October 11, 2016 at 1:00 p.m.

Date:  September 22, 2016

                                              /s/Robert W. Lyons
                                              Robert W. Lyons
                                              Attorney for Andy Chan

Date:  September 22, 2016

                                              /s/Laurel J. Montoya
                                              Laurel J. Montoya
                                 Assistant United States Attorney

Date:  September 22, 2016

                                              /s/Seth P. Chazin
                                              Seth P. Chazin
                                              Attorney for John Huang

Date:  September 22, 2016

                                              /s/Kirk McAllister
                                              Kirk McAllister
                                              Attorney for Michael Chau

Date:  September 22, 2016

                                              /s/Harris B. Taback
                                              Harris B. Taback
                                              Attorney for Yao Yu

**ORDER**

**IT IS SO ORDERED THAT**  the 5th Status Conference is continued from September 26, 2016 to October 11, 2016 at 1:00PM before Judge McAuliffe in Courtroom 8.


IT IS SO ORDERED.

   Dated:  **September 22, 2016**        /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE