ROBERT W. LYONS (45548)
**LAW OFFICES OF ROBERT W. LYONS**
295 West Winton Avenue
Hayward, California 94544
Telephone (510) 782-6161
Facsimile (510) 782-3519

Attorney for Defendant
**ANDY CHAN**

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNA

### FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>ANDY CHAN,<br><br>          Defendant. | Case No.: 1:11-CR-00113-AWI-BAM (001)<br><br>**REQUEST FOR RULE 43 WAIVER OF APPEARANCE AND [PROPOSED] ORDER** |

**COMES NOW DEFENDANT ANDY CHAN,** by and through his attorney ROBERT W. LYONS, who respectfully requests that his personal appearance pursuant to Federal Rule of Criminal Procedure 43 be waived for the October 11, 2016 Status Conference.

   CHAN lives and works in the San Francisco Bay Area and relies on his wages to care for his wife and two sons.  He has been informed of this hearing by Attorney Lisa Simons from The Law Offices of Robert W. Lyons, who has also told him of the status of the case.  CHAN respectfully requests that his appearance be waived.

   ///

   ///

   ///

   ///

   ///

Dated: October 7, 2016               Respectfully submitted,


                                     _____ss_____
                                     ROBERT W. LYONS
                                     ATTORNEY FOR ANDY CHAN


I, ANDY CHAN, both understand my right to personally be present at the October 11, 2016 Status Conference and hereby waive that right.


Dated: October 7, 2016               _____ss_____
                                     ANDY CHAN

ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** pursuant to Federal Rule of Criminal Procedure 43 that Defendant ANDY CHAN's personal appearance at the October 11, 2016 Status Conference is waived.  Any further untimely requests for waiver will be denied.

IT IS SO ORDERED.

   Dated:   **October 7, 2016**            /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE