ROBERT W. LYONS (45548)
LISA C. SIMONS (290090)
LAW OFFICES OF ROBERT W. LYONS
295 West Winton Avenue
Hayward, California 94544
Telephone (510) 782-6161
Facsimile (510) 782-3519

Attorneys for Defendant
Andy Chan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDY CHAN,<br><br>    Defendant. | Case No.: 1:11-CR-00113-AWI<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |

The Court has set Monday, March 13 at 1:30 p.m. as the date for sentencing.  The parties request that the Court move the date to April 10, 2017, at 1:30 p.m. to allow sufficient time for investigation and preparation of the presentence report.

Date:  January 18, 2017

　　　　　　　　　　　　　　　　　　　　　　　 /s/Lisa C. Simons
　　　　　　　　　　　　　　　　　　　　　　　Lisa C. Simons
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Andy Chan

Date: January 18, 2017

　　　　　　　　　　　　　　　　　　　　　　　Laurel J. Montoya
　　　　　　　　　　　　　　　　　　　　　　　*Assistant United States Attorney*

IT IS SO ORDERED.

Dated:   January 18, 2017

　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE