ROBERT W. LYONS (45548)
LISA C. SIMONS (290090)
LAW OFFICES OF ROBERT W. LYONS
295 West Winton Avenue
Hayward, California 94544
Telephone (510) 782-6161
Facsimile (510) 782-3519

Attorneys for Defendant
Andy Chan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

UNITED STATES OF AMERICA,                    ) Case No.: 1:11-CR-00113-AWI
                                             )
            Plaintiff,                       ) STIPULATION AND ORDER TO CONTINUE
                                             ) SENTENCING HEARING
      vs.                                    )
                                             )
ANDY CHAN,                                   )
                                             )
            Defendant.                       )

The Court has set Monday, March 13 at 1:30 p.m. as the date for sentencing.  The parties

request that the Court move the date to April 10, 2017, at 1:30 p.m. to allow sufficient time for

investigation and preparation of the presentence report.

Date:  January 18, 2017

                                                    /s/Lisa C. Simons
                                                    Lisa C. Simons
                                                    Attorney for Andy Chan

Date: January 18, 2017

                                                    Laurel J. Montoya
                                                    *Assistant United States Attorney*

IT IS SO ORDERED.

Dated:   January 18, 2017             _____

                                       SENIOR  DISTRICT  JUDGE

STIPULATION AND  ORDER TO CONTINUE SENTENCING HEARING - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28