ROBERT W. LYONS (45548)
LISA C. SIMONS (290090)
LAW OFFICES OF ROBERT W. LYONS
295 West Winton Avenue
Hayward, California 94544
Telephone (510) 782-6161
Facsimile (510) 782-3519

Attorneys for Defendant
Andy Chan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ANDY CHAN, <br><br> Defendant. | Case No.: 1:11-CR-00113-AWI <br><br> STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |

The Court has set Monday, April 10 at 1:30 p.m. as the date for sentencing.  The parties request that the Court move the date to May 8, 2017, at 1:30 p.m. to allow sufficient time for defense to review and determine if there are any objections to the draft presentence report.

Date:  March 13, 2017

    /s/Lisa C. Simons
Lisa C. Simons
Attorney for Andy Chan

Date: March 13, 2017

    /s/Laurel J. Montoya
Laurel J. Montoya
Assistant United States Attorney

IT IS SO ORDERED.

Dated:  March 13, 2017

_____
SENIOR DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING - 1